HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY M. REINHART, | ) No.: C 06 3232 SBA |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) STIPULATION AND ORDER FOR |
| JO ANNE B. BARNHART, | ) DISMISSAL |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

|||
|---|---|
| | KEVIN V. RYAN<br>United States Attorney |
| Dated: December 20, 2006 | */s/ Sara Winslow*<br>SARA WINSLOW<br>Assistant U.S. Attorney |
| Dated: December 21, 2006 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>KIMBERLY M. REINHART |

IT IS SO ORDERED.

Dated: __12/28/06_____      _____*Saundra B. Armstrong*_____
                              HON. SAUNDRA B. ARMSTRONG
                              United States District Judge

STIPULATION AND ORDER

2